# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 24, 2025

Mr. Brenn Oliver Combs
Kentucky State Police
919 Versailles Road
Frankfort, KY 40601

Ms. Amanda E. Gregory
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

Ms. Sarah N. Teague
1078 Paces Creek Road
Manchester, KY 40962

Mr. Timothy D. Thompson
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

     Re: Case No. 25-5805
         *Sarah Teague v. Kentucky State Police Post 16, et al*
         Originating Case No. 4:24-cv-00073

Dear Sir or Madam,

  The briefing schedule for this case has been reset and the briefs listed below must be filed with the Clerk's office no later than these dates. The appellant must serve his brief by mailing it to all opposing counsel.

|  |  |
|---|---|
| | 1 signed original |
| Appellant's Brief | Limit of 30 pages or 13,000 words |
| | Mailed by **November 24, 2025** |

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | Filed electronically by **December 26, 2025** |
| Appellant's Reply Brief<br>(Optional Brief) | Mailed **24** days after<br>the appellee's brief |

**Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site [www.ca6.uscourts.gov](www.ca6.uscourts.gov).  If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

                Sincerely yours,

                s/Kelly Stephens

                Appeal Case Manager: Ryan
                Direct Dial No. 513-564-7079