UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 25-5805

On Appeal From
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| SARAH N. TEAGUE, ) | |
| *Individually and as the Mother of Heather* ) | |
| *Danyelle Teague,* ) | |
|     PLAINTIFF ) | |
| ) | CASE NO. 4:24-cv-73-DJH-HBB |
| V. ) | |
| ) | **Electronically Filed** |
| KENTUCKY STATE POLICE ) | |
| POST 16 and FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
|     DEFENDANTS. ) | |

\* \* \* \* \*

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

Comes the Appellant, Sarah N. Teague, by counsel, and respectfully moves that this Court grant an extension of 45 days, up to and including Wednesday, January 7, 2026, in which to file her opening Brief in this case. As reasons for the foregoing, Appellant states:

1.    The Brief is due November 24, 2025, pursuant to an extension previously granted Appellant while she was proceeding *pro se*.

2.    Undersigned counsel is well aware of, and is in the process of reviewing, the voluminous history of this case. Most of that history is not currently before this Court. Undersigned counsel believes in good faith that the Brief in this Appeal can be completed within the time requested.

3.    This Motion is being made in good faith and is not being made for purposes of delay.

Respectfully submitted,

/s/ Maureen Sullivan
MAUREEN SULLIVAN
American Life Building
471 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 548-1699
sullivanappeals@gmail.com
Counsel for Sarah N. Teague

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was electronically filed via CM/ECF this 24th day of November, 2025, which will provide service on all counsel of record via the CM/ECF system.

/s/ Maureen Sullivan
MAUREEN SULLIVAN