**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 25-5805**

**On Appeal From
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

| | |
|---|---|
| **SARAH N. TEAGUE,** ) | |
| *Individually and as the Mother of Heather* ) | |
| *Danyelle Teague,* ) | |
| **PLAINTIFF** ) | |
| ) | **CASE NO. 4:24-cv-73-DJH-HBB** |
| **V.** ) | |
| ) | **Electronically Filed** |
| **KENTUCKY STATE POLICE** ) | |
| **POST 16 and FEDERAL BUREAU OF** ) | |
| **INVESTIGATION,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

\* \* \* \* \*

<u>**THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**</u>

Comes the Appellant, Sarah N. Teague, by counsel, and respectfully moves that this Court grant an extension of 30 days, up to and including Friday, February 6, 2026, in which to file her opening Brief in this case. As reasons for the foregoing, Appellant states:

1.      Undersigned counsel entered appearance in this case on November 23, 2025 (R. 9).

2.      Appellant's Brief is due January 8, 2025, pursuant to this Court's Briefing Letter (R. 11) granting a second extension of time pursuant to counsel's Second Motion to Extend Time to File Appellant's Brief (R. 10).

3.      This particular case has a brief history, but the underlying dispute spans three decades. The dispute involves various events in the investigation, over three decades, of the

abduction of Appellant's daughter, Heather Danyelle Teague, in Henderson County, Kentucky, in 1995, and continuing until at least late 2025. Heather has never been located, living or deceased. **The investigation remains open and, on information and belief, remains or has become active** in recent months. *See, e.g.*, Webb. J., "Dog Detected Scent of Human Remains During Search for Heather Teague," *Courier-Press* (Evansville, IN),

https://www.courierpress.com/story/news/local/2025/12/08/dog-detected-scent-of-human-remains-during-search-for-heather-teague/87586022007/?gnt-cfr=1&gca-cat=p&gca-uir=true&gca-epti=z116904p002750c002750d00----v116904d--33--&gca-ft=242&gca-ds=sophi.

4.     Appellant is hopeful that this will soon lead to information regarding Heather's disappearance that could make this Appeal unnecessary.

5.     Second, Appellant has proceeded *pro se* before now, save for one successful action in state court regarding open records requests. *Commonwealth of Kentucky, Department of Kentucky State Police, v. Teague,* No. 2018-CA-000186-MR, February 22, 2019 (unpublished case: copy appended pursuant to 6 Cir. R. 32.1). This has led to unexpected delays in researching and preparing the Brief.

6.     This Motion is being made in good faith and is not being made for purposes of delay.

Respectfully submitted,

/s/ Maureen Sullivan
MAUREEN SULLIVAN
American Life Building
471 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 548-1699
sullivanappeals@gmail.com
Counsel for Sarah N. Teague

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Motion was electronically filed via CM/ECF this 7th day of January, 2026, which will provide service on all counsel of record via the CM/ECF system.

/s/ Maureen Sullivan
MAUREEN SULLIVAN