UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 25-5805

On Appeal From
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| SARAH N. TEAGUE, ) | |
| *Individually and as the Mother of Heather* ) | |
| *Danyelle Teague,* ) | |
|     PLAINTIFF ) | |
| ) | CASE NO. 4:24-cv-73-DJH-HBB |
| V. ) | |
| ) | **Electronically Filed** |
| KENTUCKY STATE POLICE ) | |
| POST 16 and FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
|     DEFENDANTS. ) | |

\* \* \* \* \*

**FINAL MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

Comes the Appellant, Sarah N. Teague, by counsel, and respectfully moves that this Court grant a final extension of 30 days, up to and including Wednesday, March 11, 2026, in which to file her opening Brief in this case. As reasons for the foregoing, Appellant states:

1. Undersigned counsel entered appearance in this case on November 23, 2025 (R. 9).

2. Appellant's Brief is due February 9, 2026, pursuant to this Court's Briefing Letter (R. 13) granting a third extension of time pursuant to counsel's Second Motion to Extend Time to File Appellant's Brief (R. 12).

3. As previously noted, this specific case has a relatively brief history, but the underlying dispute spans three decades. The dispute involves various events in the investigation,

over three decades, of the abduction of Appellant's daughter, Heather Danyelle Teague, in Henderson County, Kentucky, in 1995, and continuing until at least late 2025. Heather has never been located, living or deceased. **The investigation remains open and, on information and belief, remains or has become active** in recent months. *See, e.g.*, Webb. J., "Dog Detected Scent of Human Remains During Search for Heather Teague," *Courier-Press* (Evansville, IN), https://www.courierpress.com/story/news/local/2025/12/08/dog-detected-scent-of-human-remains-during-search-for-heather-teague/87586022007/?gnt-cfr=1&gca-cat=p&gca-uir=true&gca-epti=z116904p002750c002750d00----v116904d--33--&gca-ft=242&gca-ds=sophi. This search centered on property located in Reed, Kentucky, an unincorporated area of eastern Henderson County, Kentucky, near the Green River.

4. As previously noted, Appellant is hopeful that this will soon lead to information regarding Heather's disappearance that could make this Appeal unnecessary.

5. Unfortunately, due to Winter Storm Fern, for the last two weeks Henderson County, Kentucky (along with the rest of the state) has been covered in ice and snow since January 24, 2026. The undersigned counsel certifies that she was on the public roadway within view of the location on Monday, February 2, 2026, and the above referenced site was still under several inches of snow and a quantity of ice on top. This date (February 9, 2026) is the first day significant melting has taken place in most of Kentucky. As such, Appellant does not believe that any further search or investigation has taken place, but is hopeful that that will occur expeditiously now that the ice and snow are disappearing.

6. This Motion is being made in good faith and is not being made for purposes of delay.

Respectfully submitted,

/s/ Maureen Sullivan
MAUREEN SULLIVAN
American Life Building
471 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 548-1699
sullivanappeals@gmail.com
Counsel for Sarah N. Teague

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was electronically filed via CM/ECF this 9th day of February, 2026, which will provide service on all counsel of record via the CM/ECF system.

/s/ Maureen Sullivan
MAUREEN SULLIVAN