# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CASE NO. 25-5805

**On Appeal From**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE**
**CASE NO. 4:24-cv-73-DJH-HBB**

**SARAH N. TEAGUE,**
*Individually and as the Mother of Heather*
*Danyelle Teague,* **APPELLANT**

**V.**

**KENTUCKY STATE**
**POLICE POST 16**
**and FEDERAL BUREAU OF)**
**INVESTIGATION,** **APPELLEES**

\* \* \* \* \*

## RESPONSE TO APPELLANT'S MOTION FOR EXTENSION OF TIME

Comes the Appellee, the Commonwealth of Kentucky, sued as "Kentucky State Police Post 16, Henderson, Kentucky," by counsel, and, in response to the "Final Motion to Extend Time to File Appellant's Brief" ("Motion"), respectfully requests that the Court deny the Appellant's fourth motion for an extension of 30 days in which to file her opening brief, because the Appellant has failed to show any valid cause for such an extension. [Motion, R. 14]. In support of this response, the Appellee states:

1.    Undersigned counsel rarely objects to a motion for extension of time but does object to Appellant's fourth motion for an extension in this appeal,

because the extensions have been excessive and the Appellant states no valid grounds to extend the deadline again.

2. Appellant's Brief was originally due on October 25, 2025. [Briefing Letter, R. 2]. After three extensions of the briefing deadline, the brief was most recently due on February 9, 2026, pursuant to this Court's Briefing Letter of January 9, 2026. [R. 13].

3. The subject of the appeal is whether the U.S. District Court for the Western District of Kentucky correctly dismissed the Appellant's Complaint on the grounds that her claims were barred by sovereign immunity, the applicable statutes of limitations, *res judicata*, and because the Complaint failed to state a claim upon which relief could be granted. [Memorandum Opinion and Order, R. 29-1, PageID ## 217-221]. The facts of the underlying 1995 investigation of the disappearance of Heather Teague are entirely immaterial to any issue that could be raised by the Appellant's appeal.

4. The only reasons the Appellant provides to support her requested extension are a news story regarding developments in the investigation that began in 1995, and the claim that Appellant's counsel has been unable to physically travel to the site of the 1995 disappearance, due to the recent winter storm. [Motion, R. 14, at 2]. Appellant's counsel does not explain how the scene of the disappearance is material to the appeal or would somehow lead to evidence that could be used in her

appeal, that might overcome the strictly legal grounds for the dismissal of her claims.

5. Because the Appellant's motion fails to state any grounds for an extension of the brief filing date that are, in any way, related to the subject of the appeal or issues raised in the District Court, the motion should be denied, and the Appellant should be required to file a brief immediately.

> Respectfully submitted,
>
> */s/Brenn O. Combs*
> Brenn O. Combs, KBA # 87656
> Staff Attorney
> Kentucky State Police Legal Services
> 919 Versailles Road
> Frankfort, KY  40601
> (502) 782-1800
> (502) 573-1636 facsimile
> Brenn.Combs@ky.gov
> Counsel for the Commonwealth of Kentucky

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was electronically filed via CM/ECF this February 10, 2026, which will provide service on all counsel of record via the CM/ECF system.

> */s/ Brenn O. Combs*
> BRENN O. COMBS