UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 25-5805

On Appeal From
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| SARAH N. TEAGUE, ) *Individually and as the Mother of Heather Danyelle Teague,* ) **PLAINTIFF** ) ) V. ) ) KENTUCKY STATE POLICE POST 16 and FEDERAL BUREAU OF INVESTIGATION, ) ) **DEFENDANTS.** ) | CASE NO. 4:24-cv-73-DJH-HBB **Electronically Filed** |

\* \* \* \* \*

## APPELLANT'S MOTION TO DISMISS APPEAL

Comes the Appellant, Sarah N. Teague, by counsel, and respectfully moves pursuant to FRAP 42 that this Court dismiss this Appeal.

The undersigned counsel certifies pursuant to Fed. R. Civ. P. 11(b) that Appellant has provided counsel with authority to make this Motion.

The undersigned counsel further certifies pursuant to FRAP 42(a)(1)(that counsel for all parties have agreed that Appellant shall bear the cost of the filing fee, which is the only cost in this action.

Respectfully submitted,

/s/ Maureen Sullivan
MAUREEN SULLIVAN
American Life Building
471 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 548-1699
sullivanappeals@gmail.com
Counsel for Sarah N. Teague

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was electronically filed via CM/ECF this 10th day of February, 2026, which will provide service on all counsel of record via the CM/ECF system.

/s/ Maureen Sullivan
MAUREEN SULLIVAN