Case No. 25-5805

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

SARAH N. TEAGUE, Individually And As The Mother Of Heather Danyelle Teague

       Plaintiff - Appellant

v.

KENTUCKY STATE POLICE POST 16, Henderson, Kentucky; FEDERAL BUREAU OF INVESTIGATION

       Defendants - Appellees


Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.  The motion for an extension of time to file the appellant's brief is **DENIED AS MOOT**.


                    **ENTERED PURSUANT TO RULE 45(a),**
                    **RULES OF THE SIXTH CIRCUIT**
                    Kelly L. Stephens, Clerk

Issued:  February 13, 2026